Exhibit

**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA (SEALED)**
**U.S. DISTRICT COURT**

**Alixstair Burton Transaction Detail**

Source: Bank reconstruction.

| Bank ID # | Entity | Statement Clearing Date | Type | Payee / Received From | Original Bank Description | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|---|
| TD 6056 | Algo Cap | 12/5/2019 | Wire Out | ALIX BURTON | WIRE TRANSFER OUTGOING ALIX BURTON | - | 5,000.00 | (5,000.00) |
| TD 6056 | Algo Cap | 11/16/2021 | Wire Out | ALIXSTAIR BURTON | WIRE TRANSFER OUTGOING ALIXSTAIR BURTON | - | 54,840.00 | (54,840.00) |
| | | | | | | $ - | $ 59,840.00 | $ (59,840.00) |

**EXHIBIT A**

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

Page 1 of 1