Exhibit

**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA (SEALED)**
**U.S. DISTRICT COURT**

**Alejandro Imar Calderin Transaction Detail**

**Source:** Bank reconciliation.

| Bank ID # | Entity | Statement Clearing Date | Type | Payee / Received From | Original Bank Description | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|---|
| TD 6056 | Algo Cap | 4/3/2020 | Deposit | Alejandro Imar Calderin | DEPOSIT | 30,000.00 | - | 30,000.00 |
| TD 6056 | Algo Cap | 8/20/2020 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 5,950.00 | (5,950.00) |
| TD 6056 | Algo Cap | 9/15/2020 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 3,140.50 | (3,140.50) |
| TD 6056 | Algo Cap | 10/8/2020 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 5,375.00 | (5,375.00) |
| TD 6056 | Algo Cap | 11/16/2020 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 3,710.59 | (3,710.59) |
| TD 6056 | Algo Cap | 12/11/2020 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 2,759.24 | (2,759.24) |
| TD 6056 | Algo Cap | 1/20/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 17,372.00 | (17,372.00) |
| TD 6056 | Algo Cap | 2/10/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 4,988.95 | (4,988.95) |
| TD 6056 | Algo Cap | 3/29/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 7,886.40 | (7,886.40) |
| TD 6056 | Algo Cap | 5/17/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 5,435.11 | (5,435.11) |
| TD 6056 | Algo Cap | 6/14/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 3,677.92 | (3,677.92) |
| TD 6056 | Algo Cap | 9/2/2021 | Wire Out | ALEJANDRO CALDERIN | WIRE TRANSFER OUTGOING ALEJANDRO CALDERIN | - | 48,761.00 | (48,761.00) |
| | | | | | | $ 30,000.00 | $ 109,056.71 | $ (79,056.71) |

**EXHIBIT B**