**COMMODITY FUTURES TRADING COMMISSION**
**V.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA (SEALED)**
**U.S. DISTRICT COURT**

**Tiffany Jones-Evans / Made To Perfection Transaction Detail**

Source: Bank reconstruction.

| Bank ID # | Entity | Statement Clearing Date | Type | Payee / Received From | Original Bank Description | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|---|
| TD 6056 | Algo Cap | 9/16/2020 | Wire Out | TIFFANY JONES EVANS | WIRE TRANSFER OUTGOING TIFFANY JONES EVANS | - | 950.00 | (950.00) |
| TD 6056 | Algo Cap | 2/5/2021 | Wire Out | TIFFANY JONES EVANS | WIRE TRANSFER OUTGOING TIFFANY JONES EVANS | - | 29,950.00 | (29,950.00) |
| TD 6056 | Algo Cap | 6/28/2021 | Wire Out | TIFFANY JONES EVANS | WIRE TRANSFER OUTGOING TIFFANY JONES EVANS | - | 46,461.95 | (46,461.95) |
| | | | | | | $ - | $ 77,361.95 | $ (77,361.95) |

**EXHIBIT C**

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

Page 1 of 1