Exhibit

**COMMODITY FUTURES TRADING COMMISSION**
**v.**
**TRADERS DOMAIN FX LTD D/B/A THE TRADERS DOMAIN, et. al.**
**CASE NO. 1:24-CV-23745-RKA (SEALED)**
**U.S. DISTRICT COURT**

**Alexis Romano (Romano Family Spendthrift Trust) Transaction Detail**

**Source:** Bank reconstruction.

| Bank ID # | Entity | Statement Clearing Date | Type | Payee / Received From | Original Bank Description | Deposits / Credits | Checks / Debits | Net Amount |
|---|---|---|---|---|---|---|---|---|
| TD 6056 | Algo Cap | 8/21/2020 | Wire In | ALEXIS ROMANO | WIRE TRANSFER INCOMING ALEXIS ROMANO | 500,000.00 | - | 500,000.00 |
| TD 6056 | Algo Cap | 1/20/2021 | Wire In | ALEXIS ROMANO | WIRE TRANSFER INCOMING ALEXIS ROMANO | 50,000.00 | - | 50,000.00 |
| TD 6056 | Algo Cap | 2/24/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 2/24/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 2/25/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 2/25/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/1/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/3/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/4/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/4/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/7/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/7/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 3/8/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 89,000.00 | (89,000.00) |
| TD 6056 | Algo Cap | 4/5/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 4/6/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 4/12/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 4/12/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 100,000.00 | (100,000.00) |
| TD 6056 | Algo Cap | 4/22/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 95,000.00 | (95,000.00) |
| TD 6056 | Algo Cap | 6/9/2022 | Wire Out | AR FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING AR FAMILY SPENDTHRIFT TRUST | - | 5,000.00 | (5,000.00) |
| TD 6056 | Algo Cap | 8/4/2022 | Wire Out | ROMANO FAMILY SPENDTHRIFT TRUST | WIRE TRANSFER OUTGOING ROMANO FAMILY SPENDTHRIFT TRUST | - | 325,000.00 | (325,000.00) |
| | | | | | | $ 550,000.00 | $ 1,914,000.00 | $ (1,364,000.00) |

**EXHIBIT D**