| | Address | Timestamp | Transaction Hash | Amount |
|---|---|---|---|---|
| Alexis Ann Romano | 0x1e62df860149c0d524b6844e7f6db8c92a91f877 | 2022-04-21 19:53:38. | 0x17d7348d50d1685b2b8aa9e7144ccf3c2aa563aa07e797d510a846d2f4a40a13 | $1,500.00 |
| | | 2022-05-02 16:47:07. | 0xb809536f4d8a25425ac872984781c1bc3f90f2767fca03623823abc1b6f85ec6 | $65,000.00 |
| | | 2022-05-04 13:51:20. | 0x1d81fc1d4f17fed9ab73e2f0c736cf1531df2db019a51e477f8f244ea64d4317 | $75,000.00 |
| | | 2022-05-05 14:12:26. | 0xf203e87725bbafe3f460d67c5d54315d1f9cf93e9684724193fc77bedd1d05d1 | $70,000.00 |
| | | 2022-05-06 14:47:24. | 0x853e2cab2a7e716e4f64ab2cb75f52369419a61f09b7713337b53655e85019f8 | $65,000.00 |
| | | 2022-05-09 18:08:50. | 0xe543454ba49679744f4193ce862dcdb17d85673eb4c99e365c00e873130ce2cc | $70,000.00 |
| | | 2022-05-10 15:51:18. | 0x6b0437c2cc09949da654c8b81b9490ac5aeac7b827ce476809d7f8be54661bf2 | $75,000.00 |
| | | 2022-05-11 16:19:39. | 0xb96adda432e5a93739bb8d0668ce186ebb58ca6d3a66a71af3a6d3cd7ee2ebfc | $75,000.00 |
| | | 2022-05-12 16:47:33. | 0x6d5dcce458c357e02d32f51bd6bbfe01e1eb3cc4fa3a733e6be02bc442aba0f2 | $70,000.00 |
| | | 2022-05-13 19:27:06. | 0xdc3e38d28a2581727b7eb4947badc49911acf3e0a871bc583b18cdd826943386 | $80,000.00 |
| | | 2022-05-16 19:05:54. | 0x215bfa4fd669d8e0a0416f8c8a9959eafd3ab1ba5e3a351cf96929ea5cdee26c | $75,000.00 |
| | | 2022-05-17 13:03:11. | 0xa3479c96c81527629fceb548dca149ab4611a20d4b4f5d5c16abca52d2aef0b2 | $75,000.00 |
| | | 2022-05-19 02:02:41. | 0xa8ec33482f3ee64858a309fbe15b93a89bd596ff9de9ae5956ab810aef5a1fd3 | $70,000.00 |
| | | 2022-05-19 14:56:12. | 0x740fc5c4a2a1dce25ed6902465a72ae74e6e012143f1133ff8438231a9be1c48 | $75,000.00 |
| | | 2022-05-20 12:58:21. | 0x7aca9edbfffe97c2fc228862b0dd102dfeca96fe224a1254f663ad4e092ed1c6 | $69,796.00 |
| | | 2022-05-31 16:31:30. | 0xe5a23e599cf835152943447cc08dfdf98d3d6c287346a8e18db7335935e2574f | $49,775.70 |
| | | 2022-06-07 11:08:11. | 0x35395d1417e217794efd2ceb831d59b1efbd505b5a42dcbbe5560b245991b598 | $195,000.00 |
| | | 2022-06-11 15:59:21. | 0x0535dd340ee01fd06c8fac614880060eebd3dd89fe1e7ccefeaeb6850d76614d | $146,250.34 |
| | | 2022-06-14 18:26:44. | 0x2350a3c96b30ba8fe195f5f02ba3d6857eed17bfd8026c62b748437a314f3348 | $214,500.00 |
| | | 2022-06-18 16:02:37. | 0xd8c313b4702d1f0ea3b046c41ecf3aa8bd4f1cd69257163652b9a1eeca6c9d35 | $195,000.00 |
| | | 2022-06-23 12:27:28. | 0x867c7392a64ffa86f0ed647c5aeefeeb9f9632f701cc44921fa1db7dc752f2f7 | $224,250.00 |
| | | 2022-06-28 22:28:52. | 0xca6b0e25aa51fb57c7923ad02ffb8132fe17402a376e2e9c64cee44b70ce8bca | $204,750.00 |
| | | 2022-07-18 09:57:41. | 0x04e46ea8680313a647358b6977e0c75fa554c3a4317b4cccd91ffe5c9faa29b3 | $245,700.00 |

| | Address | Timestamp | Transaction Hash | Amount |
|---|---|---|---|---|
| Alexis Ann Romano | 0x3d6b7846f08f17ac00f82502dc9b771ff95c2206 | 2022-06-30 1:53:37 | 0x0f21f97c084fb97a8f3e3a6aa402eda7944ba991d8b3d6b895501e7834d3e2e4 | $385,082.55 |
| | | 2022-05-27 21:14:55 | 0xe3c03f83857d19feb265cc533fecb53f3711f9decaf50de8b1d0b546770fd6e5 | $307,125.00 |
| | | 2022-03-30 20:53:03 | 0x890e4bf2433cdd57e6e51cff93b397ed91d37fd5c71a8b3d2b8c7a50d5dde88c | $47,508.20 |
| | | 2022-03-30 20:25:51 | 0x6bb9bb1d7a45f73f0944c52f83c63d3ab4700890000451f99d180279c3e0a19a | $1,500.00 |
| | | | **TOTAL** | **$3,227,737.79** |

**EXHIBIT E**