**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
1:25-cv-24560 | CIVIL | ALTMAN/LETT

KELLY M. CRAWFORD, *as Receiver of Traders Domain FX LTD. d/b/a The Traders Domain*,

      Plaintiff,

v.

ALEJANDRO IMAR CALDERIN and ALEXIS ROMANO, *individually and in her capacity as trustee of AR Family Spendthrift Trust and Romano Family Spendthrift Trust*,

      Defendants.

**ANSWER AND DEFENSES OF DEFENDANT ALEXIS ROMANO**
**TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Alexis Romano, individually, and in her capacity as trustee of AR Family Spendthrift Trust and Romano Family Spendthrift Trust, by counsel, answers the Amended Complaint (ECF 51, "Plaintiff's Amended Complaint" or the "Amended Complaint") as follows:

**Response to "PROCEDURAL HISTORY"**

1.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 1 of the Amended Complaint.

2.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 2 of the Amended Complaint.

3.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 3 of the Amended Complaint.

4.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in

1

Paragraph 4 of the Amended Complaint.

5.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 5 of the Amended Complaint.

6.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 6 of the Amended Complaint.

7.    Alexis Romano admits the allegations in Paragraph 7 of the Amended Complaint.

8.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 8 of the Amended Complaint. Additionally, Paragraph 8 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

9.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 9 of the Amended Complaint. Additionally, Paragraph 9 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

### Response to "THE PARTIES"

10.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 10 of the Amended Complaint. Additionally, Paragraph 10 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

11.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 11 of the Amended Complaint.

12.    Alexis Romano denies the allegation in Paragraph 12 of the Amended Complaint. Alexis Romano admits only that she is currently a resident of Sarasota, Florida.

13.    Alexis Romano admits only that she is a trustee and/or beneficiary of the AR Family Spendthrift Trust. Alexis Romano denies the remaining allegations in Paragraph 13.

14.    Alexis Romano denies the allegations in Paragraph 14 of the Amended Complaint.

**Response to "JURISDICTION AND VENUE"**

15.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 15 of the Amended Complaint. Additionally, Paragraph 15 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

16.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 16 of the Amended Complaint.

17.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 17 of the Amended Complaint. Additionally, Paragraph 17 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

18.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 18 of the Amended Complaint. Additionally, Paragraph 18 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

19.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 19 of the Amended Complaint. Additionally, Paragraph 19 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

20.     Alexis Romano admits only that she and/or the AR Family Spendthrift Trust received funds while a resident of Florida. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 20 of the Amended Complaint. Additionally, Paragraph 20 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

21.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 21 of the Amended Complaint. Additionally, Paragraph 21 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

22.     Alexis Romano admits only that she and/or the AR Family Spendthrift Trust

received funds while a resident of Florida. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 22 of the Amended Complaint. Additionally, Paragraph 22 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

23.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 23 of the Amended Complaint. Additionally, Paragraph 23 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

Response to "RECEIVER'S STANDING"

24.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 24 of the Amended Complaint. Additionally, Paragraph 24 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

25.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 25 of the Amended Complaint. Additionally, Paragraph 25 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

26.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 26 of the Amended Complaint. Additionally, Paragraph 26 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

27.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 27 of the Amended Complaint. Additionally, Paragraph 27 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

Response to "LIMITATIONS PERIOD AND APPLICABLE LAW"

28.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 28 of the Amended Complaint. Additionally, Paragraph 28 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

29.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 29 of the Amended Complaint.

30.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 30 of the Amended Complaint.

31.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 31 of the Amended Complaint. Additionally, Paragraph 31 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

32.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 32 of the Amended Complaint. Additionally, Paragraph 32 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

### Response to "FACTUAL ALLEGATIONS"

33.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 33 of the Amended Complaint.

34.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 34 of the Amended Complaint.

35.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 35 of the Amended Complaint.

36.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 36 of the Amended Complaint.

37.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 37 of the Amended Complaint.

38.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 38 of the Amended Complaint.

39. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 39 of the Amended Complaint.

40. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 40 of the Amended Complaint.

41. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 41 of the Amended Complaint.

42. Alexis Romano lacks information to admit or deny the allegations in Paragraph 42 of the Amended Complaint.

43. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 43 of the Amended Complaint.

44. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 44 of the Amended Complaint.

45. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 45 of the Amended Complaint.

46. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 46 of the Amended Complaint.

47. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 47 of the Amended Complaint.

48. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 48 of the Amended Complaint.

49. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 49 of the Amended Complaint.

50. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in

Paragraph 50 of the Amended Complaint.

51.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 51 of the Amended Complaint.

52.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 52 of the Amended Complaint.

53.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 53 of the Amended Complaint.

54.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 54 of the Amended Complaint.

55.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 55 of the Amended Complaint.

56.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 56 of the Amended Complaint.

57.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 57 of the Amended Complaint.

58.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 58 of the Amended Complaint. Additionally, Paragraph 58 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

59.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 59 of the Amended Complaint.

60.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 60 of the Amended Complaint.

61.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in

7

Paragraph 61 of the Amended Complaint.

62.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 62 of the Amended Complaint.

63.     Alexis Romano denies the allegation in Paragraph 63 of the Amended Complaint.

64.     Alexis Romano admits only that she and/or the AR Family Spendthrift Trust liquidated and/or withdrew funds invested in connection with Trader's Domain. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 64 of the Amended Complaint.

65.     Alexis Romano denies the allegation in Paragraph 65 of the Amended Complaint.

66.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 66 of the Amended Complaint.

67.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 67 of the Amended Complaint.

68.     Paragraph 68 does not contain a factual allegation. To the extent it is construed as such, Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 68 of the Amended Complaint.

69.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 69 of the Amended Complaint.

70.     Alexis Romano denies the allegations in Paragraph 70 of the Amended Complaint.

71.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 71 of the Amended Complaint.

72.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 72 of the Amended Complaint.

73.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 73 of the Amended Complaint. Additionally, Paragraph 73 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

74.     Paragraph 74 does not contain a factual allegation. To the extent it is construed as such, Alexis Romano denies it to the extent it implies liability.

**COUNT I**
**AGAINST ALL DEFENDANTS**
**(Fraudulent Transfer under § 726.105(1)(a), Fla. Stat.,**
**Florida Uniform Fraudulent Transfer Act)**

75.     Alexis Romano repeats and incorporates by reference her responses to Paragraphs 1 through 75 of the Amended Complaint as if fully set forth herein.

76.     Paragraph 76 does not contain a factual allegation. To the extent it is construed as such, Alexis Romano denies it to the extent it implies liability.

77.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 77 of the Amended Complaint. Alexis Romano admits only that she and AR Family Spendthrift Trust invested in and received transfers related to investments concerning Trader's Domain.

78.     Alexis Romano denies the allegations in Paragraph 78.

79.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 79 of the Amended Complaint.

80.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 80 of the Amended Complaint.

81.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 81 of the Amended Complaint.

82.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in

Paragraph 82 of the Amended Complaint.

83. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 83 of the Amended Complaint.

84. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 84 of the Amended Complaint. Additionally, Paragraph 84 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

85. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 85 of the Amended Complaint. Additionally, Paragraph 85 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

86. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 86 of the Amended Complaint. Additionally, Paragraph 86 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

**COUNT II**
**AGAINST ALL DEFENDANTS**
**(Fraudulent Transfer under § 726.105(1)(b), Fla. Stat.,**
**Florida Uniform Fraudulent Transfer Act)**

87. Alexis Romano repeats and incorporates by reference her responses to Paragraphs 1 through 87 of the Amended Complaint as if fully set forth herein.

88. Paragraph 88 does not contain a factual allegation. To the extent it is construed as such, Alexis Romano denies it to the extent it implies liability.

89. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 89 of the Amended Complaint. Alexis Romano admits only that she and AR Family Spendthrift Trust invested in and received transfers related to investments concerning Trader's Domain.

90. Alexis Romano denies the allegations in Paragraph 90.

91.     Alexis Romano denies the allegations in Paragraph 91.

92.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 92 of the Amended Complaint.

93.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 93 of the Amended Complaint.

94.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 94 of the Amended Complaint.

95.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 95 of the Amended Complaint.

96.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 96 of the Amended Complaint.

97.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 97 of the Amended Complaint. Additionally, Paragraph 97 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

98.     Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 98 of the Amended Complaint. Additionally, Paragraph 98 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

## COUNT III
### AGAINST ALL DEFENDANTS
### (Fraudulent Transfer under § 726.106(1), Fla. Stat., Florida Uniform Fraudulent Transfer Act)

99.     Alexis Romano repeats and incorporates by reference their responses to Paragraphs 1 through 99 of the Amended Complaint as if fully set forth herein.

100.    Paragraph 100 does not contain a factual allegation. To the extent it is construed as such, Alexis Romano denies it to the extent it implies liability.

11

101. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 101 of the Amended Complaint. Alexis Romano admits only that Alexis Romano and AR Family Spendthrift Trust invested in and received transfers related to investments concerning Trader's Domain.

102. Alexis Romano denies the allegations in Paragraph 102.

103. Alexis Romano denies the allegations in Paragraph 103.

104. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 104 of the Amended Complaint.

105. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 105 of the Amended Complaint.

106. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 106 of the Amended Complaint.

107. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 107 of the Amended Complaint. Additionally, Paragraph 107 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

108. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 108 of the Amended Complaint. Additionally, Paragraph 108 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

## COUNT IV
## AGAINST ALL DEFENDANTS
### (Unjust Enrichment as to the Transfers)

109. Alexis Romano repeats and incorporates by reference their responses to Paragraphs 1 through 109 of the Amended Complaint as if fully set forth herein.

110. Alexis Romano lacks sufficient knowledge to admit or deny the allegations in

Paragraph 110 of the Amended Complaint. Alexis Romano admits only that she and/or AR Family Spendthrift Trust received transfers related to investments with Trader's Domain. Alexis Romano denies to the extent it implies liability.

111.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 111 of the Amended Complaint. Alexis Romano admits only that she and/or AR Family Spendthrift Trust received transfers related to investments with Trader's Domain. Alexis Romano denies to the extent it implies liability.

112.    Alexis Romano denies the allegations in Paragraph 112 of the Amended Complaint.

113.    Alexis Romano lacks sufficient knowledge to admit or deny the allegations in Paragraph 113 of the Amended Complaint. Additionally, Paragraph 113 calls for a legal conclusion and, therefore, Alexis Romano denies it to the extent it implies liability.

WHEREFORE Defendant Alexis Romano denies that Plaintiff is entitled to any relief, denies the propriety of avoidance of any transfers, and denies any liability for money judgment, costs, or equitable relief.

**AFFIRMATIVE DEFENSES**

1.     The Amended complaint fails to state a claim upon which relief can be granted against Alexis Romano.

2.     Plaintiff's claims are barred by the applicable statute of limitations.

3.     Alexis Romano and/or the AR Family Spendthrift Trust provided reasonably equivalent value for all transfers received, consisting of her investment principal and legitimate returns.

4.     Plaintiff lacks standing to pursue claims against Alexis Romano and/or the AR Family Spendthrift Trust as to transfers consisting of legitimate investment proceeds.

5.     All investments and withdrawals were made in the ordinary course of business.

6.     Alexis Romano acted in good faith and had no knowledge of any fraudulent scheme.

7.     Alexis Romano was a passive, innocent investor and not a participant in any fraudulent activity.

8.     Alexis Romano did not participate in, conspire with, or assist any party in connection with any alleged Ponzi scheme.

9.     Alexis Romano and/or the AR Family Spendthrift Trust received the transfers as a bona fide purchaser for value, without notice of any adverse claims.

10.    Alexis Romano and/or the AR Family Spendthrift Trust changed their positions in reliance upon the validity of the transfers (e.g., spent the proceeds or made financial commitments), and recovery would be inequitable.

11.    Plaintiff cannot adequately trace the allegedly fraudulent funds to Alexis Romano

14

and/or the AR Family Spendthrift Trust, or cannot establish that the transferred funds were part of the alleged fraud.

12.     Plaintiff's claims may be barred by waiver and/or estoppel, based on Plaintiff's conduct or the conduct of the Receivership Defendants.

13.     Plaintiff may be barred from recovery by the doctrine of unclean hands, depending on the conduct of the Receivership Defendants.

14.     There is no unjust enrichment based upon Alexis Romano's good faith conduct, and in any event, not for the return of principal.

15.     To the extent any claims have been previously resolved, Alexis Romano asserts accord and satisfaction.

16.     Alexis Romano asserts a right of setoff for any amounts invested and not returned.

17.     Alexis Romano expressly reserves the right to amend this Answer and to assert additional, different, or supplemental defenses or affirmative defenses as may become appropriate during the course of this action, including as additional facts are discovered or as further legal and factual issues are clarified through investigation, discovery, or otherwise.

Dated: May 7, 2026

Respectfully Submitted,

*/s/ Emanuel L. McMiller*
Emanuel L. McMiller (FL #1025242)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
manny.mcmiller@faegredrinker.com

Peter W. Baldwin (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 43rd Floor
New York, New York 10036
Tel: (212) 248-3140
Fax: (212) 248-3141
peter.baldwin@faegredrinker.com

Justin M. Ginter (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
justin.ginter@faegredrinker.com

*Attorneys for Defendant Alexis Romano,
individually and in her capacity as trustee of AR
Family Spendthrift Trust and Romano Family
Spendthrift Trust*

16

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Emanuel L. McMiller*
Emanuel L. McMiller