**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-24560-RKA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

       Plaintiff,

v.

ALEXIS ROMANO, individually, and
in her capacity as trustee of AR FAMILY
SPENDTHRIFT TRUST and ROMANO
FAMILY SPENDTHRIFT TRUST, and
ALEJANDRO IMAR CALDERIN,

       Defendants.

_____/

## NOTICE OF SETTLEMENT WITH ALEXIS ROMANO

Plaintiff, Kelly M. Crawford, as court-appointed receiver (the "Receiver")
notifies the Court that he has executed a settlement agreement with Alexis Romano,
individually, and in her capacity as trustee of AR Family Spendthrift Trust and
Romano Family Spendthrift Trust (the "Settlement") which is subject to approval of
the Receivership Court. Upon approval by the Receivership Court, the parties will
file a stipulation for dismissal with prejudice of the Receiver's claims against Alexis
Romano. For the avoidance of doubt, this notice applies only to the Receiver's claims
as to Alexis Romano, and not any other Defendant.

       Respectfully submitted,

       */s/Russell Landy*
       Russell Landy
       Florida Bar No. 44417

2

Email: rlandy@dvllp.com
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Russell Landy*
Russell Landy

2